UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Qlik Technologies Inc. Securities Litigation | ) ) | Consolidated Case No. 16-cv-03800-GJP |

**STIPULATION AND ORDER CLOSING CASE FOR ALL PURPOSES**

WHEREAS, on October 6, 2016, the Court entered an order granting plaintiffs' voluntary dismissal of the above-captioned consolidated action (the "Action") as moot for the reasons stated in that order and dismissed the Action with prejudice as to the named Plaintiffs and without prejudice as to the purported class, and retained jurisdiction solely for the purpose of adjudicating a mootness fee and expense application Plaintiffs might file;

WHEREAS, the parties reached an agreement with respect to mootness fees, the agreed upon amount of which shall be paid within ten (10) business days of entry of this Order Closing the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

**NOW, THEREFORE,** upon consent of the parties and subject to approval of the Court:

IT IS HEREBY ORDERED this 25th day of Sept, 2017, that:

1. The Action is closed for all purposes.

**SO ORDERED.**

                                                    */s/ Gerald J. Pappert*
                                                    HON. GERALD J. PAPPERT

Dated:  September __, 2017

          **BRODSKY & SMITH, LLC**

          By: ___/s/ Evan J. Smith (by consent)_____

          Evan J. Smith
          Two Bala Plaza, Suite 510
          Bala Cynwyd, PA 19004
          Telephone: (610) 667-6200
          esmith@brodsky-smith.com

          *Attorneys for Jeweltex Manufacturing Inc. Retirement Plan, Niclas Lundgren, Thomas Lundgren and Scott Walker*

          **BALLARD SPAHR LLP**

          By: ___/s/ Laura E. Krabill_____

          M. Norman Goldberger
          Laura E. Krabill
          1735 Market Street, 51st Floor
          Philadelphia, PA 19103
          Telephone: (215) 665-8500

          SKADDEN, ARPS, SLATE,
             MEAGHER & FLOM LLP
          Edward B. Micheletti (ID No. 3794)
          Jenness E. Parker (ID No. 4659)
          One Rodney Square
          P.O. Box 636
          Wilmington, DE 19899
          (302) 651-3000

          *Attorneys for Qlik Technologies Inc. Bruce Golden, Lars Björk, John Gavin, Jr., Deborah Hopkins, Alex Ott, Stefan Tomlinson, and Paul Wahl*

**KIRKLAND & ELLIS LLP**

By:  /s/ Karl Gunderson (by consent)

Karl Gunderson
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2379

Mark McKane
Ashley Littlefield
Shayne Henry
555 California Street
San Francisco, CA 94104
(415) 439-1483

*Attorneys for Thoma Bravo, LLC, Project Alpha Holding, LLC, and Project Alpha Merger Corp.*